No. 10–11132. JAMES *v.* MCCALL, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 10–11133. CROCKETT *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–11134. MILLEN *v.* TENNESSEE. Ct. Crim. App. Tenn. Certiorari denied.

No. 10–11135. MIRANDA-GARCIA *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 10–11136. PERALES-CARRIZALES, AKA MATA-GONZALEZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–11138. LOPEZ *v.* SMALL, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 10–11139. LYNN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 10–11140. JOHNSON *v.* LAFLER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 10–11141. JAMES *v.* CALIFORNIA. Ct. App. Cal., 5th App. Dist. Certiorari denied.

No. 10–11142. KAVEL *v.* MARSHALL, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 10–11144. CARPENTER *v.* TEXAS. Ct. App. Tex., 14th Dist. Certiorari denied.

No. 10–11146. CANTLY *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–11147. CAMPBELL *v.* MCDANIEL, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–11148. MCMAHAN *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 10–11149. WALLACE *v.* LAWLER, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HUNTINGDON, ET AL. C. A. 3d Cir. Certiorari denied.